PAUL L. CASS, ESQUIRE     (SBN 158,323)
7777 GREENBACK LANE #107
CITRUS HEIGHTS CA 95610
EMAIL: *casslaws@aol.com*
Telephone:  (916) 612-1099
Facsimile:   (916) 536-0739

Attorneys for Plaintiff DIVINE ENTERPRISES, INC.

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIVINE ENTERPRISES, INC.<br><br>           Plaintiff,<br><br>      v.<br><br>WALMART dba Sam's Wholesale, and DOES 1 through 50, inclusive,<br><br>           Defendant. | Case No.:  2:21-CV-00209-JAM-JDP<br><br>Placer Court Case No. S-CV-0046010<br><br>**ORDER TO FILE AMENDED COMPLAINT BY STIPULATION**<br><br>Removal Date: February 3, 2021 |

# ORDER

The parties to this action have jointly through their counsel stipulated pursuant to **Local Rule 137(c)** and **Federal Rule of Civil Procedure 15(a)(2)** to allow Plaintiff to file an AMENDED COMPLAINT which copy of said Proposed Amended Complaint is attached hereto as **ATTACHMENT #1** to the Stipulation.

The Court hereby accepts the Stipulation and orders that the Proposed Amended Complaint identified as **ATTACHMENT #1** to the Stipulation is to be filed by Plaintiff in the above action.

1

**ORDER TO FILE AMENDED COMPLAINT**

Pursuant to Federal Rule of Civil Procedure 15(a)(3) Defendant WALMART dba Sam's Wholesale would have 14 days after service of the amended pleading to file a responsive pleading.

      IT IS SO ORDERED

DATED:  March 19, 2021       /s/ John A. Mendez
                                       THE HONORABLE JOHN A. MENDEZ
                                       UNITED STATES DISTRICT COURT JUDGE